UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SICHUAN WEI LI TIAN XIA NETWORK TECHNOLOGY CO., LTD, et al.,<br><br>Defendants. | Case No. 22-cv-03054-JSC<br><br>**ORDER GRANTING IN PART MOTION TO EXPAND SCOPE OF RELIEF**<br><br>Re: Dkt. No. 48 |

On May 27, 2022, the Court issued a temporary restraining order (1) enjoining Defendants' use of Plaintiffs' copyrighted works and trademarks, and (2) locking the domain name "rainandlight.com" pending further order of the Court. (Dkt. No. 13.) The Court converted the temporary restraining order to a preliminary injunction on June 24, 2022. (Dkt. No. 29.) Plaintiffs served Defendants with copies of the complaint and each order. (*See* Dkt. No. 48-1.)

**I.    Motion to Expand Scope of Relief**

Plaintiffs have shown Defendants failed to comply with the Court's orders. Specifically, Defendants registered a new domain name, "rainandlights.com," and routed traffic from "rainandlight.com" to that new website. (Dkt. No. 41-1 ¶ 6–8.) Plaintiffs have shown that most of Plaintiffs' marks and copyrighted photos remain on those websites despite the Court's orders. (Dkt. Nos. 41-3, 41-4.) And Plaintiffs have also shown that Defendants used GoDaddy, LLC and eName Technology Co. Ltd., as registrars for the websites. (Dkt. No. 48-2 at 2, 34.)

Plaintiff asks the Court to order that GoDaddy, LLC, eName Technology Co. Ltd., and Verisign, Inc., disable "rainandlight.com" and "rainandlights.com" during the pendency of this case or until a further order from the Court. (Dkt. No. 48-5.)

As discussed in this Court's earlier orders, Plaintiffs have met their burden to obtain injunctive relief. (Dkt Nos. 13, 19.) Given Plaintiffs' showing that Defendants continue to infringe, disabling Defendants' domain names would help prevent further infringement while this case proceeds. Such preliminary relief is justified in cases involving online counterfeiters. *See Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, No. 5:20-CV-04773-EJD, 2020 WL 5199434, at *12 (N.D. Cal. Aug. 17, 2020) (collecting cases). However, while Plaintiffs have shown a relationship between GoDaddy, LLC and "rainandlight.com," (Dkt. No. 48-2 at 2), and eName Technology Co. Ltd. and "rainandlights.com," (*Id.* at 34), Plaintiffs' evidence does not clarify the relationship between Verisign, Inc., and those websites.

Thus, the Court GRANTS Plaintiffs' request as to GoDaddy, LLC and eName Technology Co. Ltd. The Court orders GoDaddy, LLC and eName Technology Co. Ltd. to disable the domain names "rainandlight.com" and "rainandlights.com" during the pendency of the case or until a further Order of the Court. The Court DENIES without prejudice Plaintiffs' motion as to Verisign, Inc.

## II.     The Matter is Unsealed

The public has a right of access to the Court's files. Civil L. R. 79-5(a). At the Case Management Conference on September 16, 2022, Plaintiffs agreed that this matter and all earlier filings should be unsealed. Thus, the Court lifts the seal on all filings on the docket in Case No. 22-cv-03054.

## CONCLUSION

For the reasons stated above, the Court GRANTS in part and DENIES in part Plaintiffs' motion to expand relief. The Court also lifts the seal on this matter.

This Order disposes of Docket No. 48.

**IT IS SO ORDERED.**

Dated: September 16, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge